# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA UTLEY,<br><br>        Plaintiff,<br><br>vs.<br><br>BIG LOTS STORES, LLC.; DOES 1 through 50,<br><br>        Defendants. | CASE NO. 2:22-cv-01966-JAM-AC<br><br>Hon. John A. Mendez<br><br>**ORDER ON JOINT STIPULATION TO TRANSFER VENUE TO COURT'S FRESNO DIVISION**<br><br>[Diversity Jurisdiction]<br><br>Action Filed: September 27, 2022 |

    The Joint Stipulation of the Parties to Transfer Venue to the Court's Fresno Division is GRANTED. The above-captioned action is hereby transferred to the United States District Court for the Eastern District of California, Fresno Division.

Dated: January 3, 2023      /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           SENIOR UNITED STATES DISTRICT JUDGE